**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00125-CR**
_____

**MASON HUNTER SKILLERN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. 23DC-CR-00978**

## MEMORANDUM OPINION

On May 30, 2025, we abated Appeal Number 09-25-00125-CR for the trial court to hold a hearing to determine whether the certification should be corrected to state that Trial Cause Number 23DC-CR-00978 is a plea-bargain case. On June 3, 2025, the trial court held a hearing in which Appellant Mason Hunter Skillern appeared and testified in open court that he no longer desires to pursue his appeal on this matter. Skillern's appellate counsel advised Skillern that with Skillern's consent he would file a motion to dismiss the appeal. Skillern advised the trial court that

1

Skillern had informed his appellate counsel that Skillern no longer wishes to pursue his appeal.

Skillern's statements in open court in the presence of his attorney constitute good cause to suspend the operation of Rule 42.2(a) in accordance with Rule 2, and not require Skillern and his appellate counsel to personally sign a written motion to dismiss the appeal. *See* Tex. R. App. P. 2, 42.2(a). The Appellant has voluntarily abandoned the appeal before our opinion issued. Accordingly, we dismiss the appeal. *See id.* 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 8, 2025
Opinion Delivered July 9, 2025
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.